```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                         FORT MYERS DIVISION
```

R.J. Gators Franchise Systems,
Inc., a Florida Corporation,

                              Plaintiff,
vs.                                       Case No.   2:05-cv-494-FtM-33DNF

M.B.C. Restaurants, Inc., a Florida
Corporation,

                              Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiff R.J. Gators Franchise Systems' Motion to Strike Defendant's Pro Se Answer and Memorandum of Support (Doc. # 19).

Plaintiff seeks an order striking the Answer of Defendant filed on November 7, 2005 by Karen McKitrick, the president of Defendant corporation, as Karen McKitrick is a non-lawyer.

This Court finds it appropriate to strike Defendant's Answer to Plaintiff's Complaint (Doc. # 18), as such Answer was filed by a non-lawyer.[1] The Eleventh Circuit has decreed that "corporations must always be represented by legal counsel." Nat'l Indep. Theatre Exhibitors, Inc. v. Buena Vista Distrib. Co., 748 F.2d 602, 609

---

[1] The entire Answer, filed by Karen McKitrick, states, "Deny each and every allegation." (Doc. # 18).

(11th Cir. 1985).[2]  The Local Rules of this Court also require corporations to be represented by legal counsel to appear and be heard.  <u>See</u> Local Rule 2.03(d).  Accordingly, Defendant's "Answer to Complaint" (Doc. # 18) is hereby stricken.

In order to protect the interests of Defendant, this Court further finds that it is appropriate to allow Defendant additional time to secure legal representation.  Defendant is thus afforded twenty (20) days from the date of this order to file a response to Plaintiff's Complaint; however, such response must be filed by an attorney admitted to practice in this Court as mandated by the Local Rules of this Court.  Accordingly it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) That Plaintiff R.J. Gators Franchise Systems' Motion to Strike Defendant's <u>Pro Se</u> Answer (Doc. # 19) is **GRANTED**;

(2) The Clerk is directed to strike from the record Defendant's Answer to Complaint (Doc. # 18); and

(3) Defendant shall have twenty days from the date of this Order to respond to Plaintiff's Complaint.  Any filing of behalf of Defendant shall be submitted by an attorney authorized to

---

[2] The Eleventh Circuit explains the basis for this brightline rule: "This rule ensures that a licensed attorney, an officer of the court, is responsible for conducting the corporation's litigation.  It protects the court and the public from unscrupulous and irresponsible behavior." <u>Id.</u>

practice in this Court pursuant to the Local Rules.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida, this 8th day of November, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record